# EXHIBIT D

Credit

April 26, 2026

Dennis Phillips
3613 Tripoli
Punta Gorda, FL 33950

Subject: Broadway Ford Truck Sales, Inc.
812 E Taylor Ave
St. Louis, MO 63147

This is to advise that Ford Motor Credit Company (Ford Credit) has demanded payment of $33,089,576.01 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by Broadway Ford Truck Sales, Inc. to Ford Credit, pursuant to a Continuing Guaranty agreement executed by you on December 11, 2018, demand hereby is made upon you for payment of the said $33,089,576.01

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above-named dealer or by you to Ford Credit.

We expect that you will honor your guaranty obligation to Ford Credit. In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, Ford Credit intends to exercise its remedies pursuant to law and contracts.

Tom Evans

Tom Evans
Regional Manager