UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FORD MOTOR CREDIT COMPANY LLC,

Plaintiff,

Case No. 4:26-cv-1249

v.

DENNIS PHILLIPS,

Defendants.

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Fed. R. Civ. P. 7.1, the undersigned discloses the following information about Plaintiff Ford Motor Credit Company LLC ("Ford Credit"):

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

Ford Holdings LLC is the sole member of Ford Credit. Ford Holdings LLC is directly and wholly owned by Ford Motor Company. Ford Motor Company is listed on the New York Stock Exchange under the symbol "F," and has issued securities or debt securities to the public.

b. Its parent companies or corporations (if none, state "none"):

Ford Holdings LLC is the sole member of Ford Credit. Ford Holdings LLC is directly and wholly owned by Ford Motor Company.

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

The following subsidiaries are not wholly owned by Ford Credit: AutoFi, Inc.; Ford Credit Holding Brasil Ltda.; Ford Credit India Private Limited; and RouteOne LLC.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

Ford Holdings LLC is the sole member of Ford Credit. Ford Holdings LLC is directly and wholly owned by Ford Motor Company. Ford Motor Company is listed on the New York Stock Exchange under the symbol "F," and has issued securities or debt securities to the public.

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Plaintiff Ford Motor Credit Company LLC is a limited liability company organized under the laws of the State of Delaware with a principal place of business in Dearborn, Michigan. Ford Holdings LLC is the sole member of Ford Credit. Ford Holdings LLC is a limited liability company organized under the State of Delaware with its principal place of business in the State of Michigan. Ford Motor Company is sole owner of Ford Holdings LLC. Ford Motor Company is a Delaware Corporation with its principal place of business in the State of Michigan.

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity:

Not Applicable

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s):

Not Applicable

2. Its parent companies or corporations (if none, state "none"):

Not Applicable

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

Not Applicable

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

Not Applicable

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

Respectfully submitted,

**SPENCER FANE LLP**

*/s/ Catherine L. Schwarze*
Eric C. Peterson, 62429(MO)
Catherine L. Schwarze, 71161(MO)
1 North Brentwood Blvd.
Suite 1200
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 – Fax
epeterson@spencerfane.com
cschwarze@spencerfane.com

and

**PHILLIPS LYTLE LLP**

Craig A. Leslie, Esq. *(Pro Hac Vice pending)*
Jacob S. Sonner, Esq. (*Pro Hac Vice pending*)
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
CLeslie@phillipslytle.com
JSonner@phillipslytle.com

*Counsel for Plaintiff*

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served by electronic notice on all parties on: August 5, 2026.

*/s/ Catherine L. Schwarze*