**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

FORD MOTOR CREDIT COMPANY LLC,

Plaintiff,

v.

DENNIS PHILLIPS,

Defendant.

Case No. 4:26-cv-01249

**JURY TRIAL DEMANDED**

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff Ford Motor Credit Company LLC ("Ford Credit"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 55 (a), for its Motion for Entry of Clerk's Default against Defendant Dennis Phillips ("Defendant"), states as follows:

1. Ford Credit filed this action on August 5, 2026. [Doc. 1].

2. Ford Credit filed its Notice of Intent to Use Process Server on August 5, 2026. [Doc. 3].

3. This Court issued the Summons to Defendant on August 6, 2026.

4. On August 13, 2026, Defendant was properly served with the Summons and Complaint. Defendant's wife and co-resident, Dennen Phillips, was served at Defendant's place of residence. *See* Return of Service [Doc. 5].

5. Defendant's deadline to respond to Ford Credit's Complaint was September 3, 2026.

6. Defendant did not answer or otherwise respond by the original deadline.

7. To date, Defendant has not answered or otherwise responded to the Complaint.

8. The undersigned attorneys for Ford Motor have not received any pleading or other response to the Complaint from Defendant.

WHEREFORE, Plaintiff Ford Motor Credit Company LLC respectfully requests the Clerk of this Court enter an Entry of Default against Defendant Dennis Phillips in this matter and for any other relief this Court deems just and proper.

Dated: September 4, 2026

Respectfully submitted,

**SPENCER FANE LLP**

*/s/ Catherine L. Schwarze*
Eric C. Peterson, 62429(MO)
Catherine L. Schwarze, 71161(MO)
1 North Brentwood Blvd., Suite 1200
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 – Fax
epeterson@spencerfane.com
cschwarze@spencerfane.com

and

**PHILLIPS LYTLE LLP**

Craig A. Leslie, Esq.
Jacob S. Sonner, Esq.
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
CLeslie@phillipslytle.com
JSonner@phillipslytle.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served on the following via first class U.S. mail upon the following:

Dennis Phillips
3613 Tripoli Blvd
Punta Gord, FL 33950

By: */s/ Catherine L. Schwarze*